RECEIVED
2014 MAR 27 AM 8:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cr. No.: 14-T-09 |
| | ) | 2:14 CR20096-SHM |
| vs. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| MARDRAKOUS SUGARS, and RUTHEL N. BOOTHE | ) | 18 U.S.C. § 1594(c) |
| | ) | |
| Defendants. | ) | |

FILED IN OPEN COURT
DATE: 3/31/14
TIME:
INITIALS:

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**[Conspiracy to Commit Sex Trafficking,
18 United States Code, Sections 1591(a) and 1594(c)]**

1. From on or about November 17, 2012, and continuing ~~on~~ until on or about October 3, 2013, the exact dates being unknown, ~~to the Grand Jury~~ in the Western District of Tennessee, and elsewhere, the defendants,

**MARDRAKOUS SUGARS and RUTHEL N. BOOTHE**

and others known and unknown, ~~to the Grand Jury~~, knowingly conspired and agreed with each other to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, minor witness A, a minor whose identity is known to the United States, knowing and in reckless disregard of the fact that minor witness A had not attained the age of 18 years and would be caused to engage in commercial sex acts. All in violation of Title 18, United States Code, Sections 1594(c) and 1591(a).

## MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

2. On or about November 17, 2012, defendants MARDRAKOUS SUGARS and RUTHEL N. BOOTHE transported minor witness A, an individual who had not attained the age of 18 years from Memphis, Tennessee to Birmingham, Alabama for the purpose of minor witness A engaging in commercial sex acts.

3. On or about November 17, 2012, defendant BOOTHE posted an advertisement for commercial sex acts under POST ID #6809290 in the Birmingham, Alabama escort section of the website www.backpage.com. Defendant BOOTHE posted said advertisement for the purpose of soliciting clients interested in hiring minor witness A and defendant BOOTHE for prostitution. The advertisement was posted using defendant BOOTHE's email address bootheruthel@gmail.com and listed defendant SUGAR'S telephone number as a contact.

4. On or about November 17, 2012, defendant BOOTHE and minor witness A committed commercial sex acts with clients in Birmingham, Alabama who had responded to the advertisement posted under POST ID #6809290. All money received by minor witness A and defendant BOOTHE from commercial sex acts was given to defendant SUGARS.

5. On or about October 3, 2012, defendant SUGARS took photographs of defendant BOOTHE and minor witness A engaged in sexually explicit behavior as defined by 18 United States Code, Section 2256. Defendant BOOTHE then posted said photographs within an advertisement for commercial sex acts on the website www.backpage.com, under POST ID #8048118 under the heading "2 is better then one Passion and Faye-22." The advertisement posted under POST ID #8048118 listed

listed defendant BOOTHE'S telephone number and email address, mizzjasmine69@yahoo.com. The advertisement was also paid for by a Visa pre-paid credit card ending in #3581 that was provided by defendant SUGARS.

6. On or about October 3, 2012, an agent with the Federal Bureau of Investigation, working in an undercover capacity, responded to the advertisement for the stated purpose of arranging commercial sex. Defendant BOOTHE, and minor witness A arranged to meet the agent at an Extended Stay hotel located at 6085 Appletree Drive, Memphis, Tennessee.

7. On or about October 3, 2012, minor witness A and defendant BOOTHE met agents at the Extended Stay hotel for the purpose of commercial sex. Agents observed defendant SUGARS in the back parking lot of the hotel attempting to flee.

8. On or about October 3, 2012, agents recovered a Rugar .22 caliber revolver from a backpack owned by defendant BOOTHE. Agents also recovered the Visa pre-paid credit card ending in #3581 from defendant BOOTHE'S purse. All in violation of Title 18, United States Code, Sections 1591(a) and 1594(a).

**COUNT 2**

On or about October 3, 2013, in the Western District of Tennessee, the defendant,

**MARDRAKOUS SUGARS**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Rugar, .22 caliber revolver. All in violation of Title 18, United States Code, Section 922 (g)(1).

MS 8K 73 RNB

## NOTICE OF INTENT TO SEEK FORFEITURE

1. The allegations contained in Counts 1 through ~~A~~ 2 of this ~~Indictment~~ Information are incorporated by reference as if fully set forth herein.

2. Upon conviction for violating Title 18, United States Code, Section 2251 and/or 2252, the defendants, **Mardrakous Sugars and Ruthel N. Boothe**, shall forfeit to the United States any and all right, title, and interest he has in:

(a) any visual depiction described in Section 2252 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the above-said statute;

(b) any property, real or personal, constituting or traceable to gross profits of other proceeds obtained from the above-said offenses; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the above-said offenses, including but not limited to the following:

(1) Chevy Caprice Classic Broughman, bearing tag number TN G65-75N
(2) Eight Hundred Dollars in United States Currency
(3) ONE (1) HP Probook laptop, serial number # CNU2061X5T
(4) SEVENTEEN (17) Rounds 9mm Ammunition
(5) ONE (1) Samsung Galaxy S III model sph-D710 (SN-845181194985)
(5) ONE (1) i phone pink cover model 4
(6) ONE (1) bag of clothing found in closet
(7) ONE (1) bag of condoms in nightstand drawer
(8) TWO (2) phone chargers
(9) ONE (1) Sandisk 8gb SDHC card

(10) ONE (1)Visa Debit 4941 5971 7077 2130
(11) ONE (1)visa Debit 4736 9100 1421 1638
(12) ONE (1)visa Debit 4847 3520 3436 3444
(13) ONE (1) MasterCard Debit 5154 6215 3840 3581
(14) ONE (1) American Express 3743 273279 87280
(15) ONE (1)Black Bag
(16) ONE (1) hotel Key
(17) FIVE (5) envelopes addressed to Mardrekus Sugars and Ruthel N. Booth
(18) FIVE (5) Rounds .22 ammo
(19) ONE (1) Max West telecom Tablet-7150 SN -YNFTAB7150
(20) ONE (1) Pack of Kool King Cigarettes and one blue circle K Lighter
(21) ONE (1) Ruger .22 handgun SN-264-97434
(22) ONE (1) One LG Cellular telephone, Serial Number 202kpxv149730
(23) 0.75 cents

Lawrence J. Laurenzi

**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**

March 26, 2014

**DATE**